IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, Inc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 4:13-cv-01252-HEA |
| KESHAV KALINDI, LLC, d/b/a WESTWOODS MOTEL, | ) ) ) |
| and, | ) ) |
| BHARAT SAHEBA, | ) ) |
| and, | ) ) |
| DOUGLAS BOWEN, | ) ) |
| Defendants. | ) |

### DEFENDANT DOUGLAS BOWEN'S MOTION TO STAY FIRST AMENDED COMPLAINT

**COMES NOW** Defendant Douglas Bowen, by and through his attorneys, Lake Law Firm, L.L.C., and respectfully moves this Court to stay this proceeding during the pendency of parallel state proceedings involving the same parties, the same insurance policy, and the same coverage question under state law as this case.

Defendant Bowen hereby incorporates by this reference his Memorandum of Law in support of this motion, filed concurrently herewith, as if fully set forth herein.

1

**LAKE LAW FIRM, LLC**


  /s/ Tom Pirmantgen_____
John H. Lake E.D. No 23472MO
Tom Pirmantgen E.D. No. 52384MO
3401 West Truman Blvd.
Jefferson City, MO 65109
573-761-4790
573-761-4220-Facsimile
e-mail: tom@lakelawfirm.com

**Attorneys for Defendant Douglas Bowen**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2014, a copy of the foregoing Motion to Stay was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's CM/ECF system to Francis X. Duda and Mariano Favazza, Anderson & Gilbert, L.C., 515 Olive Street, Suite 704, St. Louis, Missouri 63101-1833 and Todd Muchnick, Muchnick & Haber, 8151 Clayton Road, Ste. 201, St. Louis, Missouri 63117.


  s/_Tom Pirmantgen_____
Attorney for Plaintiff